UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANZELL THROWER,

        Plaintiff,

        v.                              Case No. 25-CV-1666

PSW JAMIE et al.,

        Defendants.

---

## ORDER

---

Plaintiff Danzell Thrower is currently housed at the Milwaukee County Jail and representing himself in this 42 U.S.C. § 1983 action. On October 28, 2025, along with his complaint, Plaintiff filed a motion for leave to proceed without prepayment of the filing fee. The next day, the clerk's office mailed Plaintiff a letter advising him that he is required to submit a certified copy of his institutional trust account statement for the six-month period preceding the filing of his complaint. Dkt. No. 3. On November 14, 2025, Plaintiff filed a letter with the court explaining that he has been at the jail for 65 days and currently has $46.80 in his inmate account. He requests that the court accept his letter as his trust account statement. Dkt. No. 5.

Under 28 U.S.C. § 1915(a)(2), "[a] prisoner seeking to bring a civil action . . . shall submit a certified copy of the trust fund account statement . . . for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The court does not have the authority to excuse Plaintiff from this statutory requirement, but it will extend the deadline by which Plaintiff must submit a certified copy of his trust account statement.

**IT IS THEREFORE ORDERED** that, if the court does not receive a certified copy of Plaintiff's trust account statement or an explanation of the challenges Plaintiff faces in arranging for the submission of the statement by **December 19, 2025**, the court will deny Plaintiff's motion to proceed without prepaying the filing fee and will dismiss this action based on his failure to pay the filing fee.

Dated at Green Bay, Wisconsin on November 25, 2025.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge