UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANZELL THROWER,

        Plaintiff,

    v.                                   Case No.  25-CV-1666

PSW JAMIE et al.,

        Defendants.

## DECISION AND ORDER

Plaintiff Danzell Thrower is confined at Milwaukee County Jail and is representing himself in this 42 U.S.C. §1983 case. On October 28, 2025, along with his complaint, Plaintiff filed a motion for leave to proceed without prepaying the filing fee. The next day, the clerk's office mailed Plaintiff a letter informing him that he had to return, within twenty-one days, a certified copy of his trust account statement for the six months preceding the filing of his complaint. Dkt. No. 3. The letter warned Plaintiff that failure to comply with this requirement may result in the Court's dismissal of the case. *Id.* On November 25, 2025, the Court ordered Plaintiff to submit his six-month certified trust account statement by December 19, 2025. The Court warned that if Plaintiff failed to do so, the Court would dismiss this action based on Plaintiff's failure to pay the filing fee. Dkt. No. 8.

The Court has not received a copy of Plaintiff's trust account statement, nor has he informed the Court of any challenges preventing him from arranging the submission of his trust account statement. Under 28 U.S.C. §1915(a)(2), a prisoner seeking to proceed with a civil action without prepaying the filing fee must submit a certified copy of his institution trust account

statement. Because Plaintiff has failed to comply with this requirement, the Court will deny his motion for leave to proceed without prepayment of the filing fee and will dismiss this case without prejudice based on his failure to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for leave to proceed without prepaying the filing fee (Dkt. No. 2) is **DENIED** and this case is **DISMISSED without prejudice** based on Plaintiff's failure to pay the filing fee.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. §1915(b)(1), Plaintiff must pay the $350 statutory filing fee. Accordingly, the agency having custody of Plaintiff shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Plaintiff is transferred to another institution, the transferring institution shall forward a copy of this Order along with Plaintiff's remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that copies of this order be sent to the Milwaukee County Sheriff and to Dennis Brand, 821 W. State Street, Room 224, Milwaukee, WI 53233.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Green Bay, Wisconsin on December 29, 2025.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge